IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN D. GREENE,

    Petitioner,               No. 2:12-cv-1828 KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.             ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Although petitioner filed an in forma pauperis affidavit, the certificate portion was not completed by petitioner's institution of incarceration.  In addition, petitioner states that he receives income from the V.A., but does not state the amount received and what he expects he will continue to receive.  (Dkt. No. 2 at 2.)  Therefore, petitioner will be provided the opportunity to submit the completed affidavit in support of his request to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis; petitioner's failure to

1

1  comply with this order will result in the dismissal of this action; and

2          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

3  pauperis form used by this district.

4  DATED: July 19, 2012

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

8  gree1828.101a