IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN D. GREENE,

      Petitioner,                      No. 2:12cv-1828 KJN P

   vs.

PEOPLE OF THE STATE OF CAL.,

      Respondents.                 ORDER

_____/

      Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On September 5, 2012, petitioner's application for writ of habeas corpus was dismissed for failure to exhaust state court remedies, and this case was closed. On November 7, 2012, petitioner filed a document styled, "amended petition for writ of habeas corpus." (Dkt. No. 10.) However, the amended petition reflects that petitioner's state court petition filed in the California Court of Appeal was denied on October 30, 2012, after the instant action was dismissed. Thus, petitioner's amended petition must be filed as a new case, and randomly assigned to a magistrate judge.

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  file petitioner's filing, styled as an "amended petition," in a new case opened on November 7,
3  2012, and randomly assigned to a magistrate judge.

4  DATED: January 28, 2013

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

gree1828.new